IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORY ALEXANDER**                                                                                    **PLAINTIFF**

V.                                              **4:23CV00283 JM**

**EXPERIAN INFORMATION SOLUTIONS, INC.**                                **DEFENDANT**

## ORDER

Pursuant to the joint motion to dismiss with prejudice, docket # 17, this case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 7th day of December, 2023.

_____
James M. Moody Jr.
United States District Judge